# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JATESE WILLIAMS,

        *Plaintiff*,

vs.

CREDIT BUREAU OF NAPA
COUNTY, INC.,

        *Defendant.*

Case No. 12-2586-EFM

## ORDER

Upon the Stipulation of Dismissal (Doc. 11) filed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(2) the Court orders Plaintiff's claims against Defendant Credit Bureau of Napa County, Inc. are hereby dismissed.

IT IS FURTHER ORDERED, that the Clerk's Entry of Default (Doc. 5) is vacated.

IT IS SO ORDERED.

Dated this 14th day of February, 2013.

                                              */s/ Eric F. Melgren*
                                              ERIC F. MELGREN
                                              UNITED STATES DISTRICT JUDGE